Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____HOUSTON_____ DIVISION

DIETER M. FINCH §
 §
versus §     CIVIL ACTION NO. _____
 §
THE UNIVERSITY OF §
TEXAS HEALTH SCIENCE §
CENTER AT HOUSTON §

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: DIETER M. FINCH

   Address: 2400 OLD SOUTH DR. #401
   RICHMOND, TX 77406

   County of Residence: FORT BEND

3. The defendant is: THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON

   Address: P.O. BOX 20036
   HOUSTON, TX 77225

☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses. N/A

4. The plaintiff has attached to this complaint a copy of the charges filed on 10/3/11 with the Equal Opportunity Commission.

5. On the date of 10/19/12, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

    (a) ☑ race

    (b) ☐ color

    (c) ☐ sex

    (d) ☐ religion

    (e) ☑ national orgin,

    (f) ☑ AGE ~~(g)~~ ☑ 0r

the defendant has:

    (a) ☑ failed to employ the plaintiff

    (b) ☐ terminated the plaintiff's employment

    (c) ☐ failed to promote the plaintiff

    (d) ☐ other: _____

    _____

    _____

7. When and how the defendant has discriminated against the plaintiff:

    111 UNANSWERED JOB APPLICATIONS DURING THE LAST 2 YEARS, PLUS A BOGUS INTERVIEW RESULTING IN MOSTLY AGE AND NATIONALITY RELATED QUESTIONS AFTER WHICH THE JOB POSTING WAS CANCELLED.

8. The plaintiff requests that the defendant be ordered:

    (a) ☐ to stop discriminating against the plaintiff

    (b) ☑ to employ the plaintiff

    (c) ☐ to re-employ the plaintiff

    (d) ☐ to promote the plaintiff

(e) ☐ to _N/A_____

_____

_____ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

Address: _2400 OLD SOUTH DR #401_
_RICHMOND, TX 77406_

Telephone: _832-595-2300_